# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Little ELF Products, Inc., et al.

                                    Plaintiff,

v.                                                      Case No.: 1:21−cv−01679
                                                        Honorable Elaine E. Bucklo

LShine Store, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 28, 2021:

        MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for entry
of default and default judgment [50] is granted. Enter Final Judgment Order. The Clerk of
the Court is directed to return the cash bond posted in the amount of ten thousand dollar
($10,000) to plaintiff or its counsel by check made out to the Law Office of David
Gulbransen. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.