IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Little ELF Products, Inc. ) | |
| ) | Case No. 1:21-cv-1679 |
| v. ) | |
| ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey T. Gilbert |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, Little ELF Products, Inc. ("Little ELF") against the defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's Complaint (collectively, the "Infringing Webstores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants not already dismissed, identified in Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of LITTLE ELF marks, U.S. Reg. Nos. 5705302 and 5705303 (collectively, the "Mark" or "Marks").

The registration is valid, unrevoked, and uncancelled. Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. using the LITTLE ELF trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing,

advertising, offering for sale, or sale of any product that is not a genuine Little ELF product or not authorized by Plaintiff to be sold in connection with the LITTLE ELF Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Little ELF product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Little ELF and approved by Plaintiff for sale under the LITTLE ELF Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Little ELF, or are sponsored by, approved by, or otherwise connected with Little ELF;

d. further infringing the LITTLE ELF trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the LITTLE ELF trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the LITTLE ELF trademark

or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Little ELF product or not authorized by Little ELF to be sold in connection with the LITTLE ELF trademark;

i. registering any additional stores, websites, or domain names that use or incorporate any of the LITTLE ELF trademark; and

j. using images covered by the PLAINTIFF's Copyrights or any of PLAINTIFF's original photographs that Little ELF uses to advertise the sale of original Little ELF products.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, Wish, etc., shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the LITTLE ELF Trademarks, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of Two-Hundred and Fifty Thousand Dollars (U.S.) and No Cents ($250,000.00) for using counterfeit LITTLE ELF Trademarks on products sold through at least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

a. Alibaba, Ali-Express, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, World First Asia Limited, World First Markets Limited, World

4

    First USA, Inc., Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union and any of their subsidiaries (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified in Schedule "A", except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

b. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

    i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

    ii. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in

6

Exhibits 1 to the Declaration of David Gulbransen and any e-mail addresses provided for Defaulting Defendants by third parties.

6. The $10,000 bond posted by Plaintiff is hereby released.

**IT IS SO ORDERED.**

Dated: 9/28/2021

U.S. District Court Judge Elaine E. Bucklo

Appendix A

| Doe # | Merchant Name | Merchant ID |
|---|---|---|
| 1 | Yiwu Dingyi E-Commerce Co., Ltd. | 2dingyi |
| 2 | Hefei Kenuo Trading Co., Ltd | acknow |
| 3 | Yiwu Baowo Trading Co., Ltd. | baowotrading |
| 4 | Wuxi Chrt Electronic Technology Co., Ltd. | cnchrt |
| 5 | Gunangzhou Tengxin Plastic Products Co., Ltd. | cngztx1688 |
| 6 | Pingyang Songen Craft Factory | cnsongen |
| 7 | Henan Hanke Shengshi Import And Export Trade Co., Ltd. | ehanking01 |
| 8 | Guangzhou Uwecan Technology Development Co., Ltd. | electriclock |
| 9 | Yiwu Elposh Imp And Exp Co., Ltd | elposhfactory |
| 10 | Eto Industry (Shenzhen) Co., Ltd. | etopets |
| 11 | Anyang Feeker Trading Co., Ltd. | feekergroup |
| 12 | Henan Feeker Import And Export Co., Ltd. | feekerholding |
| 13 | Yiwu Liuma Trading Co., Ltd. | flowrose |
| 14 | Dongguan Hengwang Electronics Co., Ltd. | hengwangdz |
| 15 | Hangzhou Ya An Electronic Commerce Co., Ltd. | hi-spec |
| 16 | Henan Feige Liudan Commerce And Trade Co., Ltd. | home-wares |
| 17 | Shenzhen Huibaoxin Technology Co., Ltd. | huibaoxin |
| 18 | Quanzhou Hustvan Trading Co., Ltd | hustvan |
| 20 | JingRi Biotechnology Co., LTD. | jrsw |
| 21 | Yiwu Kaiding E-Commerce Ltd. | kaiding2 |
| 24 | Wuhan Baowo International Trade Co., Ltd. | liangjingjing |
| 25 | Yiwu Liuma Trading Co., Ltd. | liumatrade |
| 26 | Yiwu Homey Daily Necessity Factory | lovehomey |
| 27 | Shenzhen Muhuihuang Trade Co., Ltd. | muhuihuan |
| 28 | Yiwu Haoxie Import And Export Co., Ltd. | mygood1983 |
| 30 | Yiwu Oqueen Electronics Factory | oqueen |
| 31 | Henan Raincoming Import And Export Trading Co., Ltd. | raincoming |
| 32 | Suzhou Resnord Electronic Technology Co., Ltd. | resnord |
| 33 | Shandong Jiubang Electronic Commerce Co., Ltd. | sdjbsz |
| 34 | Shandong Runer Trading Co., Ltd. | sdruner |
| 35 | Yiwu Sinn E-Business Firm | sensotv |
| 36 | Yiwu Shuodian Electronic Commerce Co., Ltd. | shuodian |
| 37 | Ningbo Missinteresting Import And Export Co., Ltd. | sweettreats |
| 38 | Shenzhen Qiansheng Technology Co., Ltd. | szqiansheng |
| 39 | Shenzhen Tylsen Technology Co., Ltd. | tylsen |
| 40 | Yiwu Wingtu Import & Export Co., Ltd. | wingtudesign |
| 41 | Wuxi CHRT Electronic Technology Co., Ltd. | wxchrt |
| 42 | Shenzhen Xingzheng Chuangyi Technology Co., Ltd. | yohapprts |
| 44 | Henan Raincoming Import And Export Trading Co., Ltd. | yulaitrade |
| 45 | Yiwu Yunbu Import And Export Co., Ltd. | yunbu8 |

8

| | | |
|---|---|---|
| 46 | Yiwu Chengzhi Trading Co., Ltd. | ywchengzhi |
| 47 | Yiwu Haohao Import And Export Co., Ltd. | ywhaohao |
| 48 | Yiwu Weimeng Import And Export Co., Ltd | ywweimeng |
| 49 | Hebei Yaozhu Technology Co., Ltd. | yzhtechnology |
| 50 | Zhejiang Yijie International Freight Forwarding Co., Ltd. | zjyjgj |
| 53 | LETAOSK herefort Store | 536710 |
| 54 | Peas In A Pod | 716961 |
| 56 | Se7enoffcial Store | 1058131 |
| 57 | Pioneerpet store | 1078001 |
| 58 | dealsocean store | 1311088 |
| 60 | Lehu Store | 1406657 |
| 62 | Ali's Baba Store | 1664003 |
| 63 | AIHOME Flagship Store | 1714118 |
| 64 | Shanghai Home Supply Store | 1718167 |
| 65 | WIILII Official Store | 1754851 |
| 66 | Air&Water Store | 1797961 |
| 67 | La Favorita Flagship Store | 1819084 |
| 68 | Filbake Store | 1850328 |
| 69 | BTAO House Store | 1955579 |
| 70 | Homelike Dropshipping Store | 2132305 |
| 73 | HomeImprovement Store | 2336003 |
| 74 | beautiful lifestyle | 2340015 |
| 75 | Funny Tools Store | 2347164 |
| 76 | Princess Diaries Store | 2399008 |
| 77 | WonderHot Store | 2414113 |
| 78 | Good Lifestyle Store | 2496049 |
| 79 | Cute Pets Market Store | 2654214 |
| 80 | Top Deals Store | 2671175 |
| 81 | Trendy Life Store | 2797040 |
| 83 | 1988 Optimal shopping Store | 2901066 |
| 84 | 365-Days Booming Store | 2944115 |
| 85 | YE SI Store | 2948078 |
| 87 | Higher Together Store | 2987006 |
| 89 | Shop3058032 Store | 3058032 |
| 91 | Shop3117050 Store | 3117050 |
| 93 | Utopian Life Store | 3148032 |
| 94 | Manbo life Store | 3190036 |
| 95 | buildyourlife Store | 3207009 |
| 96 | WaKaWaka House Store | 3207012 |
| 97 | Make life comfortable Store | 3213103 |
| 98 | SongRockey Store | 3216066 |
| 99 | ONLOVE Store | 3246082 |
| 100 | Teachers Store | 3247089 |

| | | |
|---|---|---|
| 101 | DIY Living Store | 3252078 |
| 102 | Ali-iMadison Store | 3263002 |
| 103 | My Bottle Store | 3359011 |
| 104 | Cheapest Store | 3378011 |
| 105 | HOSPORT Lighting Store | 3393015 |
| 106 | BeautyLife Decoration Store | 3618026 |
| 107 | Shop3666091 Store | 3666091 |
| 108 | Event & Party Goods Store | 3727004 |
| 109 | Chain DJ Store | 3898014 |
| 110 | House World Store | 3977038 |
| 111 | Shop4038077 Store | 4038077 |
| 112 | Homey Homie Store | 4039085 |
| 113 | letaosk Store | 4050062 |
| 117 | ovelys Homes Supplies Store | 4374087 |
| 118 | Ali-hhjimm Familiy Store | 4393008 |
| 119 | Uhouse Store | 4393066 |
| 120 | La Foresta Store | 4398017 |
| 121 | Rodaful Tools Store | 4404032 |
| 122 | Yu's Decoration Store | 4419059 |
| 123 | Heitan Store | 4423106 |
| 124 | Grief Grocery Store | 4424197 |
| 126 | Funny link Store | 4498048 |
| 128 | Inyasha HU Store | 4503062 |
| 129 | Boom shakalaka Store | 4515042 |
| 130 | New Lifestyle Store | 4543009 |
| 131 | LINSBAYWU Inspire Zones Store | 4545035 |
| 132 | Drop Ship Happiness For You Store | 4616006 |
| 133 | Sanny Garden Store | 4617012 |
| 134 | Drop shipping 5663 Store | 4624024 |
| 135 | Awesome Online Store | 4651082 |
| 138 | Global Homes lifestyle Store | 4702011 |
| 139 | yimanzhang Store | 4772031 |
| 140 | Michelle's Garden Decoration Store | 4798009 |
| 141 | Our Globel shipping Groceries Store | 4805152 |
| 142 | WaitingForYou Store | 4813040 |
| 143 | iFatacy Store | 4888011 |
| 144 | Pets Clothes AllSeason Store | 4987137 |
| 145 | HotSale Outlet Store | 4988476 |
| 146 | WonderfullHouse Store | 4991001 |
| 147 | House 123 Store | 4995274 |
| 148 | Xiaolaixi Store | 4997077 |
| 149 | Cheap cottage stationery store Store | 4997151 |
| 152 | Romantic All House Store | 5003134 |
| 153 | Comfortable improvement daily life Store | 5005011 |

| | | |
|---|---|---|
| 154 | Mifi Store | 5005145 |
| 155 | fary Store | 5006017 |
| 156 | Drop-Shipping Wold Store | 5008139 |
| 157 | Shop4922087 Store | 5012217 |
| 158 | Boutique house store Store | 5017133 |
| 159 | Warm House For Drop Shipping Store | 5032030 |
| 160 | XLXSMT Store | 5050324 |
| 161 | Useful Tool BYLIT Store | 5058320 |
| 163 | ZYL Warm Corner Store | 5064306 |
| 165 | CCHome Decor Store | 5071378 |
| 166 | Shop5071420 Store | 5071420 |
| 167 | ADZX Daily Store | 5108051 |
| 170 | Le Show Store | 5207020 |
| 172 | Shop5243184 Store | 5243184 |
| 173 | My DreamHome Store | 5328008 |
| 174 | K-Star Store | 5368091 |
| 175 | Feellife Store | 5376294 |
| 176 | Shop5396011 Store | 5396011 |
| 177 | Qcc-Home01 Store | 5405041 |
| 179 | Shop5432185 Store | 5432185 |
| 180 | LISA'S pocket Store | 5434249 |
| 181 | ForU-Live Store | 5435006 |
| 183 | JQFF179 Store | 5488039 |
| 184 | HHHundred Store | 5490205 |
| 185 | Shop5564190 Store | 5564190 |
| 186 | Gibaobao Store | 5568088 |
| 187 | -PD Grocery Store | 5584070 |
| 189 | Z Garden Store | 5606480 |
| 190 | Shop5625155 Store | 5625155 |
| 192 | Housekeeping Maid Store | 5717042 |
| 193 | Shop5795849 Store | 5795849 |
| 195 | LT Tools Store | 5872377 |
| 196 | Marvellous Goods Store | 5874792 |
| 197 | New Comfortable Life Store | 5890962 |
| 198 | Easybuying Store | 5972166 |
| 199 | Shop900241214 Store | 900241214 |
| 200 | Excellbuying Store | 900242122 |
| 201 | Supermarket99 Store | 900246141 |
| 203 | Shop910327247 Store | 910327247 |
| 205 | MOHOME Lighting Dropshipping Store | 910351011 |
| 206 | Shop910356011 Store | 910356011 |
| 208 | VictorHouse Furnishing Store | 910361014 |
| 210 | COMI LIFE Store | 910443199 |
| 213 | Householdware Dropshipping Store | 910449053 |

| | | |
|---|---|---|
| 218 | Shop910543422 Store | 910543422 |
| 219 | Shop910554379 Store | 910554379 |
| 221 | ZZ Shalom Store / Department Supplies Store | 910562304 |
| 223 | Fableplace Store | 910659043 |
| 224 | ZANEERY Store | 910734026 |
| 225 | Dropshipping profession Store | 910979045 |
| 226 | HANYUU Store | 911016043 |
| 228 | Shop911055047 Store | 911055047 |
| 229 | Shop911057031 Store | 911057031 |
| 231 | Shop911125256 Store | 911125256 |
| 232 | AliExpress NO.2 Store | 911284004 |
| 233 | susshangmao | A11E5BG0AA0SDJ |
| 234 | TLM-FFK | A11RA42BXU0SEB |
| 235 | Zhiyadianzi | A129X2M65P6T2X |
| 236 | GELINGXINJS | A12UW3CO91YH0E |
| 238 | My style My Show | A14G96P1JCVZNI |
| 240 | YangQuYuanQu XiaoZengRiYongPinJingXiaoBu | A16B4BMJPP0ZA2 |
| 241 | RUYTI | A16PM8LF088CI3 |
| 242 | hjgnbiohg | A17W3L5QFEEGFB |
| 245 | 123 Life | A19RAKKXBQO8OS |
| 246 | FlowersSea | A1A34AMWT1XLWG |
| 247 | Yibang EU | A1ATU3L1EWBTWR |
| 248 | camerony | A1B0X85N6I1AKJ |
| 249 | KVW | A1FGOKSISLHCS9 |
| 250 | ZDzhangdan | A1I7GVL9NFB5ZY |
| 253 | asdfwerwedsfsdgvdf | A1L28YADN2QWWC |
| 254 | ZPOKA | A1N1XUIOVK9UQ1 |
| 255 | MABUKFD245 | A1NZ3RFQ16O0CM |
| 256 | Brhome | A1OTEE4XYLY17D |
| 257 | 桓梦商贸 | A1PER5UJ6P1E0K |
| 258 | blackSwan | A1Q0I45NGT7URX |
| 259 | dariakravchenko85shop | A1Q6JKOAJE24ES |
| 260 | VQS-LLC | A1QD4AWVLVNP4U |
| 261 | reeokpokperwer | A1SCTHYQTMBE6B |
| 262 | beix | A1TXPL8CAHQSMY |
| 263 | JunJoo | A1WIJDKLDR5RGT |
| 265 | LZSDLP | A1YADHIWZYLDN5 |
| 266 | Fostly | A1YFNZ4KSXL4C5 |
| 267 | fdguoidfgne | A1Z7GEEQD1WVDQ |
| 268 | KAKTTh | A1ZFVW2MLXA00Z |
| 269 | Xc.yearo | A202N2BG1RP4RC |
| 270 | Thinnkmu | A20NNTWA2YSUXH |
| 271 | KaiZiBaiHuo | A20PPFLWEAEN9R |
| 272 | HJ商事 | A21I1YSFVZK3H1 |

| | | |
|---|---|---|
| 273 | QWEPU | A22HED7BSNLM97 |
| 274 | yuanyangyangdgs | A27ABFPD8JKDHD |
| 275 | Aye Store | A285IC35YD8AXH |
| 276 | FLY-UK | A29ONKFX23XZDN |
| 277 | XiangChengShiDingJiWenJiaGeZhiPinChang | A29QFLWJUWO8W0 |
| 278 | tongyuanaa | A2A3Q2U3ZPI0T7 |
| 279 | Zakball | A2EBK4X8OSEKDH |
| 281 | HomeBaby_V 🐼Delivery in 7-15 days！！🐼 | A2JSE29ZEZKT7M |
| 282 | inpion | A2K819SA8WAQR9 |
| 283 | ZHIXIAOSHIDAI | A2KFHVQ8VUN5HG |
| 284 | TKFOUTYD | A2O2IRMG21W921 |
| 285 | Youngnet | A2PA3U69O07OJ7 |
| 287 | NanJingYongJiCanYinGuanLiYouXianGongSi | A2Q7Q9JZZ7ZFC |
| 288 | WangWLT | A2QQXD8U345OFV |
| 289 | Mingyi Department Store | A2QZSC23YMTNT6 |
| 290 | QianchengEU | A2S8ADS763DIGZ |
| 291 | Senriseuk | A2SV91HM1HTV32 |
| 292 | PJKKawesome | A2T1XSOPX69TLS |
| 293 | DOMOrange | A2U9W44WH5CFM6 |
| 297 | linjunddd | A2XRSQ9YH55R8P |
| 298 | GYALIN-SHOP | A2YRINR0D4OCG3 |
| 299 | integrity.1 | A2ZXO9DYPSZPKK |
| 300 | mengoo | A308HF0VPHCC82 |
| 301 | Baiqi | A31Y5Y0OCLKU7G |
| 303 | Homegarden JP | A35GGB9A6044W2 |
| 304 | LED eng | A368S7V56PXRDJ |
| 306 | NIGHT-GRING Store | A3824NY6ZX0O0F |
| 307 | sanmenxianlanguiriyongpinjingyingbu | A38TS3QSUWZ2BH |
| 308 | Joyside | A38Y19XBBBE9CH |
| 309 | EASTAR-EU | A3A6XN36JGWYOR |
| 310 | YangQuYuanQu XiaoZengRiYongPinJingXiaoBu | A3AARKMT9SJ692 |
| 311 | Sonline-HK | A3APNFSXYPLDVX |
| 313 | weihuiwangluokeji | A3DG7S9NMWBMN4 |
| 316 | Tongjin Tech | A3DUS5Z0OMIC6Y |
| 317 | HONGKONG DEYA INTERNATIONAL TRADE CO., LIMITED | A3E29DOXIJST3K |
| 318 | ever win | A3EKCGB0RELG0N |
| 319 | LIN-hm | A3GSFQR15XK5LC |
| 320 | Dream-cool | A3H8GL1CVA3YX3 |
| 322 | tehahe | A3LPVBPZLFPHR1 |
| 323 | 宜蘭県茂泉木材工業株式会社 | A3LZYJU5XBXJJ0 |
| 325 | Moral Eternity | A3MP9SXIPME2FU |
| 326 | WACHI | A3S7PQZKNKTI2S |
| 327 | Jing Ger | A3VARYSQJ5TYNZ |

13

| | | |
|---|---|---|
| 328 | ZoneYan | A895USHX3YR3D |
| 329 | LjzlSxMF | AB1I424JSJ1A |
| 330 | cheap4uk | ABF4V1ARUVKO9 |
| 332 | HONG-EU | ACVDSXZZ0VBOD |
| 335 | StartSailing | AHQOVRUOT5N2I |
| 336 | XUNKE | AHR9Y3OT5M74L |
| 338 | UNION JEANS | AJM1TNSO63Y7Z |
| 339 | DAIJINAN | AKV062R2O32NW |
| 340 | Top-Notch Store | AL1SMDG4VYFMG |
| 341 | ShanXiShengYiBaoTong KeJiYouXianGongSi | AMSNSYHHH3YYU |
| 342 | alkcam | ANC3IOC1T812O |
| 343 | vvdy | AR95ZW8TZO5IO |
| 345 | TRIPLE* | ASQXHF5PW7G14 |
| 346 | Find A Spare | ASVOE5ZPLKDDJ |
| 349 | BigBing | ATZ0KZ49WDL4T |
| 350 | HENJI-DE | AUCGW60X2NMD7 |
| 352 | KaiZiBaiHuo | AWIOJHDZKER5V |
| 353 | KWNAHN247 | AWR6T1YTWRQYA |
| 355 | Arthur032 Technology Co.,Ltd | 14772307 |
| 359 | Linxi2015 | 20112177 |
| 360 | navigator_seller | 20124378 |
| 361 | Fantasy1988 | 20124380 |
| 364 | Cova_fashion | 20231974 |
| 366 | yamfcomon | 20293585 |
| 375 | LAMCHIN | 20397747 |
| 377 | Starback | 20610223 |
| 378 | venus2013 | 20612667 |
| 380 | tenworld | 20710018 |
| 381 | measuringtools | 20718862 |
| 382 | dhgate_8 | 20760170 |
| 386 | household pet supplies | 20959314 |
| 387 | dhgate_yaping | 20995072 |
| 388 | Unicorns_home | 20998624 |
| 392 | jiefei123456 | 21108027 |
| 396 | raoying8888 | 21259559 |
| 397 | wanghongmei8888 | 21259675 |
| 400 | gl8888 | 21333800 |
| 402 | bling_home_888 | 21382927 |
| 403 | wsc19970309 | 21385478 |
| 404 | twinsfamily | 21432215 |
| 405 | aktwins | 21432220 |
| 406 | Crazyprice | 21439139 |
| 407 | Bestdg_2020 | 21457437 |
| 408 | Twins_home | 21536563 |

| 414 | qian003 | 21554903 |
|---|---|---|
| 415 | qian007 | 21554913 |
| 424 | penfeifei | 21579573 |
| 426 | department5678 | 21593337 |
| 428 | Department889 | 21594621 |
| 429 | Getidite | 21608542 |
| 430 | pknice889 | 21610210 |
| 431 | pkgood01 | 21610218 |
| 432 | sublimation1cup | 21610220 |
| 433 | *fashion*club* | *fashion*club* |
| 434 | 2012beautydiy | 2012beautydiy |
| 435 | 4webshop | 4webshop |
| 436 | 97k-cube | 97k-cube |
| 437 | actplus | actplus |
| 438 | ahhyree325 | ahhyree325 |
| 439 | ailianhy1188 | ailianhy1188 |
| 440 | amersui | amersui |
| 441 | amigacity | amigacity |
| 442 | amistic | amistic |
| 443 | androidfactory | androidfactory |
| 444 | anwenli85 | anwenli85 |
| 445 | apore | apore |
| 446 | arel-298 | arel-298 |
| 447 | baojuju | baojuju |
| 448 | basicrules3 | basicrules3 |
| 449 | beautiful_charm88 | beautiful_charm88 |
| 450 | buyersatisfaction2018 | buyersatisfaction2018 |
| 451 | cactus-b | cactus-b |
| 452 | california-store | california-store |
| 453 | candance-girl | candance-girl |
| 454 | cangshan-erhai | cangshan-erhai |
| 455 | chocolate08 | chocolate08 |
| 456 | dipper-megrez | dipper-megrez |
| 457 | doloeb5 | doloeb5 |
| 458 | easyup-4 | easyup-4 |
| 459 | eforcelxtsg | eforcelxtsg |
| 460 | eg-motor | eg-motor |
| 461 | erwuwu_p | erwuwu_p |
| 462 | extraxp | extraxp |
| 463 | fairyq79 | fairyq79 |
| 464 | fashion-avenuess | fashion-avenuess |
| 465 | flipped-2015 | flipped-2015 |
| 466 | flyone-3 | flyone-3 |
| 467 | foodmens | foodmens |

| | | | |
|---|---|---|---|
| 468 | gemmas | gemmas | |
| 469 | gracefulvara | gracefulvara | |
| 470 | guduanche_94 | guduanche_94 | |
| 471 | haiqixile | haiqixile | |
| 472 | heart-soul888 | heart-soul888 | |
| 474 | hitbestprice | hitbestprice | |
| 475 | ilovebeads | ilovebeads | |
| 476 | ja620056 | ja620056 | |
| 477 | jackabdel | jackabdel | |
| 478 | jennysun2013 | jennysun2013 | |
| 479 | johnnychan0817 | johnnychan0817 | |
| 480 | junhhlkll | junhhlkll | |
| 481 | kaiqingd-48 | kaiqingd-48 | |
| 482 | kvvhome09 | kvvhome09 | |
| 483 | ladieswind11 | ladieswind11 | |
| 484 | lannynaylor | lannynaylor | |
| 485 | larkcalled | larkcalled | |
| 486 | lianxstore | lianxstore | |
| 487 | lilybeibei | lilybeibei | |
| 488 | linjoy11 | linjoy11 | |
| 489 | liton_62 | liton_62 | |
| 490 | lonely-happyman | lonely-happyman | |
| 491 | lots_beauty | lots_beauty | |
| 492 | lucas.danny | lucas.danny | |
| 493 | luck5_72 | luck5_72 | |
| 494 | lucky_everyday | lucky_everyday | |
| 495 | m131495-81 | m131495-81 | |
| 496 | mastation556 | mastation556 | |
| 497 | meinai_28 | meinai_28 | |
| 498 | merry-carolina | merry-carolina | |
| 499 | mincheng2019a | mincheng2019a | |
| 500 | naco_231 | naco_231 | |
| 501 | nadunkanishkfernand0 | nadunkanishkfernand0 | |
| 502 | nadzm-0 | nadzm-0 | |
| 503 | newstyle1500 | newstyle1500 | |
| 504 | no1store18 | no1store18 | |
| 505 | ouyangouyang | ouyangouyang | |
| 506 | perpou | perpou | |
| 507 | qiusyn | qiusyn | |
| 508 | queenmade | queenmade | |
| 509 | rasgswkgflgq45 | rasgswkgflgq45 | |
| 510 | robertwww | robertwww | |
| 511 | rongmayro-9 | rongmayro-9 | |
| 512 | roskum_1328 | roskum_1328 | |

| | | |
|---|---|---|
| 513 | schmuck-haus2012 | schmuck-haus2012 |
| 514 | sel-1126 | sel-1126 |
| 515 | simplelife17 | simplelife17 |
| 516 | since977 | since977 |
| 517 | smartbizpro | smartbizpro |
| 518 | ssonlines-58 | ssonlines-58 |
| 519 | sugarfancy | sugarfancy |
| 520 | sun-jewellry | sun-jewellry |
| 521 | topbosss | topbosss |
| 522 | topsmaster | topsmaster |
| 523 | trail-blazer21_ru | trail-blazer21_ru |
| 524 | txin-wholesale | txin-wholesale |
| 525 | uk-july | uk-july |
| 526 | unicom2087 | unicom2087 |
| 527 | unusualway | unusualway |
| 528 | utiems | utiems |
| 529 | vipsoonhua | vipsoonhua |
| 530 | wangmei921-3 | wangmei921-3 |
| 531 | weiqi9586 | weiqi9586 |
| 532 | whitemerry | whitemerry |
| 533 | wo4mer-68 | wo4mer-68 |
| 534 | wuwu17 | wuwu17 |
| 535 | yangfang-yang | yangfang-yang |
| 536 | yummyfoo | yummyfoo |
| 537 | zbl1577_37 | zbl1577_37 |
| 538 | zhangl-8156 | zhangl-8156 |
| 540 | Defendwe | Defendwe |
| 542 | Roadsea Technologies | Roadsea-Technologies |
| 545 | jewels-mall | 53d5289dff4d6d3d895ef4f7 |
| 546 | nimo.coco | 53d529cdd9113952c74995c1 |
| 547 | Dreamtour | 540fe0a27a9eb4241f29e9e5 |
| 549 | Plutoheart | 54d5dd417851092832ee30e5 |
| 551 | YY. Trade | 5537447c00bfac395d2507b3 |
| 552 | Jiu Cheng international | 555d37ed2bb0fd0eb74fcb0b |
| 556 | mixi | 56d962083a9cb816ade8796a |
| 557 | Sunshine-at-home | 5732aa4e26da06592265b0e3 |
| 558 | MoonYueyy | 5733f91d78569b5f23c315f5 |
| 560 | renzhengfei | 57810cd9f1ab1f1150be8735 |
| 563 | zhangruili | 582189d04ad5641ba6aa30b9 |
| 564 | get your save | 582c42fb728de646f2487984 |
| 565 | bettershop-betterlife | 5833f7c647192420f4540a5a |
| 566 | bbss | 583797eafef409075901f2cf |
| 567 | momlovehaohao | 583e8fc6a81dba1b711c8964 |
| 572 | jameswatch | 58b116e03951f5536dfb6bd3 |

| | | |
|---|---|---|
| 573 | Timing | 58c24fda54589950586a00ed |
| 574 | jellydoll | 58c6abf06a2537508b6fa0fe |
| 575 | sharondar | 58d3839176478f55b13bfdc3 |
| 582 | 12dragon | 591678d368844e2c4add02a1 |
| 583 | sweetur | 593a14337feb4936be0e873f |
| 584 | Becudda | 594276e7fc0f2409ad5862b0 |
| 585 | yuanyuq | 59699271a26f6e035ce39141 |
| 587 | weestar | 598a9fffae228e50af5ba1bb |
| 588 | sunshopjoybuy | 59984cac0ec30f37207dbbb0 |
| 589 | Royalmilan | 59a7c22a30e1f378f9fab21f |
| 590 | zhengaiyu9911 | 59b6860169eced04705d71f3 |
| 596 | TAONMEISUA | 5a7ad3219bda4e33ea5e7aaf |
| 598 | JHtrading | 5a9f9574b9605f4439dd2007 |
| 599 | denpin | 5ac0c41f75599a26ec489074 |
| 601 | chengaoqiang | 5af6ab297824ca2c4d4180ae |
| 610 | Mjiaduorouyuan | 5b989c6e1e9eea475561e952 |
| 613 | OliverjQpMqL | 5d41a0e28388976fc0f62a12 |
| 615 | afbrother | 5d4a888791b72f48c3dd5e53 |
| 623 | yangqinqindd | 5d5b5b5240defd5be66a14ce |
| 624 | MingmingQi | 5d5d12a7469cd457eb726058 |
| 625 | LUOCHANGYUDF | 5d63a7d2df79dd5e05dd08ed |
| 626 | Dream Huangwen | 5d63c5f4ec136c403625f426 |
| 627 | DDX.01135201 | 5d761179a28c2512e87375a4 |
| 628 | shifsd30 | 5d8b0e330f02884336f37771 |
| 632 | fanyuantuzhai | 5d999e2952e0241647b2d2bc |
| 634 | paijipinpai | 5da55ca5c095e12dc0b41a9f |
| 635 | TYHKLW | 5dce7203f2f244104015b96a |
| 637 | Jugeterialg | 5ddff00765d2b800a28a98d5 |
| 638 | huanHUANXI_ | 5de3858039adf224016b15ce |
| 640 | zhoubaoj26ffie | 5e047bc1a2432802d3c2e05c |
| 643 | FJJSD | 5e6b524655999780ab12dbfc |
| 644 | RIJDS | 5e6b53785599970e831498ba |
| 645 | ShouwenqiangchuirLc | 5e6dca516bab20ad40b71e08 |
| 648 | VeraJaredi | 5e94c7476dc979dd32160d1e |
| 649 | meet love at the corner | 5e9a5cdd0dfa8404a49d628a |
| 653 | Sunmouer | 5eaccb8e8108df61442a5e3e |
| 655 | yurqu06shop | 5eb102cc411b8981d8608244 |
| 657 | Exquisitecup | 5ed8bb1929e7864ba51880d9 |
| 660 | lijalnha | 5ef6ce529473596bde7c2400 |
| 661 | duzuipanxing | 5efeb06cd0593d5b01d14cd1 |
| 662 | asuidyjkaa | 5eff2e6d4efdc9674c1cd88b |
| 663 | iuywesda2 | 5f02cc6126d65c1cd22f11ca |
| 664 | asdjfh4523 | 5f02fa57773e9dd4904463ca |
| 665 | iuwtyrfhj4 | 5f03015026d65c2f902f5981 |

18

| 666 | General merchandise general store | 5f4bba8db7a9a15310c1e599 |
|---|---|---|
| 667 | Piduoduo | 5f742e2749b3f40a1631405a |
|  |  |  |
|  |  |  |
|  |  |  |