IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Little ELF Products, Inc. ) | |
| ) | Case No. 1:21-cv-1679 |
| v. ) | |
| ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey T. Gilbert |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---:|---|---:|
| 382 | dhgate_8 | 20760170 |
| 405 | aktwins | 21432220 |
| 406 | Crazyprice | 21439139 |
| 662 | asuidyjkaa | 5eff2e6d4efdc9674c1cd88b |
| 663 | iuywesda2 | 5f02cc6126d65c1cd22f11ca |
| 448 | basicrules3 | 1665476460 |
| 455 | chocolate08 | 1465034482 |
| 496 | mastation556 | 1201316641 |
| 529 | vipsoonhua | 1433819787 |
| 309 | EASTAR-EU | A3A6XN36JGWYOR |
| 528 | utiems | 1648764454 |
| 440 | amersui | 1730092003 |
| 460 | eg-motor | 1159834909 |
| 517 | smartbizpro | 1423531831 |
| 525 | uk-july | 1492173638 |

dismisses them from the suit without prejudice.

Dated this 29th Day of December 2021.                    Respectfully submitted,

By:    <u>s/David Gulbransen/</u>
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com